# ELECTRONIC RECORD

COA # 03-13-00689-CR          OFFENSE: 22.02

STYLE: Preston Joe Sharpnack v. The State of Texas          COUNTY: Travis

COA DISPOSITION: AFFIRMED          TRIAL COURT: 299th District Court

DATE: 7/9/15          Publish: NO     TC CASE #: D-1-DC-13-900164

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Preston Joe Sharpnack v. The State of Texas          CCA #: 1030-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**